1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | NORMAN CAMACHO PEREZ,              | CASE NO. 2:24-CV-03290-TLN-CSK

12 |                    Plaintiff,      | STIPULATION AND ORDER FOR FIRST
                                        | EXTENSION OF TIME
13 |             v.

14 | UR JADDOU, ET AL.,

15 |                    Defendants.

16

17

18       The Defendants respectfully request a first extension of time in which to respond to the

19 complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship

20 and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending

21 asylum application, which he filed in 2015. USCIS has scheduled Plaintiff's asylum interview for May

22 21, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its

23 adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the

24 successful complete of Plaintiff's asylum interview. In the event USCIS cancels or reschedules the

25 interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four

26 weeks of the original date.

27 ///

28
                                                    1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 18, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 27, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: January 27, 2025

By: /s/ JESSICA T. ARENA
Jessica T. Arena
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: January 28, 2025

_____
Troy L. Nunley
Chief United States District Judge